AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| BLACK WARRIOR RIVERKEEPER, Inc., and DEFENDERS OF WILDLIFE<br><br>*Plaintiff(s)*<br>v.<br>U.S. ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, U.S. Army Corps of Engineers; COL. JAMES DELAPP, U.S. Army Corps of Engineers, Mobile District.<br>*Defendant(s)* | Civil Action No. 2:17-cv-00439-TMP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Colonel James A. DeLapp
United States Army Corps of Engineers,
Mobile District
441 G Street NW
Washington, DC 20314-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva L. Dillard
Black Warrior Riverkeeper, Inc.
712 37th Street South
Birmingham, AL 35222-3206
(205) 458-0095 Office

If you fail to respond, judgment by default ~~will~~ *may* be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT
*CLERK OF COURT*

Date: MAR 21 2017

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| BLACK WARRIOR RIVERKEEPER, Inc., and DEFENDERS OF WILDLIFE <br><br> *Plaintiff(s)* <br> v. <br> U.S. ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, U.S. Army Corps of Engineers; COL. JAMES DELAPP, U.S. Army Corps of Engineers, Mobile District. <br> *Defendant(s)* | Civil Action No. 2:17-cv-00439-TMP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lieutenant General Todd T. Semonite
Commanding General and Chief of Engineers
United States Army Corps of Engineers
Headquarters
441 G Street NW
Washington, DC 20314-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva L. Dillard
Black Warrior Riverkeeper, Inc.
712 37th Street South
Birmingham, AL 35222-3206
(205) 458-0095 Office

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT
*CLERK OF COURT*

Date: MAR 21 2017

by: *Shirley A. Williams*
*Signature of Clerk or Deputy Clerk*

**CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| BLACK WARRIOR RIVERKEEPER, Inc., and DEFENDERS OF WILDLIFE <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, U.S. Army Corps of Engineers; COL. JAMES DELAPP, U.S. Army Corpts of Engineers, Mobile District. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:17-cv-00439-TMP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert O. Posey
United States Attorney for the Northern District of Alabama
1801 4th Avenue North
Birmingham, Alabama 35203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva L. Dillard
Black Warrior Riverkeeper, Inc.
712 37th Street South
Birmingham, AL 35222-3206
(205) 458-0095 Office

If you fail to respond, judgment by default ~~will~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT
*CLERK OF COURT*

Date: MAR 21 2017

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| BLACK WARRIOR RIVERKEEPER, Inc., and DEFENDERS OF WILDLIFE <br><br> *Plaintiff(s)* <br> v. <br> U.S. ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, U.S. Army Corps of Engineers; COL. JAMES DELAPP, U.S. Army Corpts of Engineers, Mobile District. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:17-cv-00439-TMP |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeff Sessions, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washinton, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva L. Dillard
Black Warrior Riverkeeper, Inc.
712 37th Street South
Birmingham, AL 35222-3206
(205) 458-0095 Office

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: MAR 2 1 2017

by Shirley A. Williams
*Signature of Clerk or Deputy Clerk*

**CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵀᴴ AVENUE NORTH
BIRMINGHAM, AL 35203**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| BLACK WARRIOR RIVERKEEPER, Inc., and DEFENDERS OF WILDLIFE <br><br> *Plaintiff(s)* <br> v. <br> U.S. ARMY CORPS OF ENGINEERS; LT. GENERAL TODD T. SEMONITE, U.S. Army Corps of Engineers; COL. JAMES DELAPP, U.S. Army Corps of Engineers, Mobile District. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:17-cv-00439-TMP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Army Corps of Engineers
Headquarters
441 G Street NW
Washington, DC 20314-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eva L. Dillard
> Black Warrior Riverkeeper, Inc.
> 712 37th Street South
> Birmingham, AL 35222-3206
> (205) 458-0095 Office

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

By: *Shirley A. Williams*
*Signature of Clerk or Deputy Clerk*

Date: MAR 21 2017

**CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203**